

## Court Of Appeals
## Fourth Court of Appeals District of Texas
## San Antonio

★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-09-00111-CV

**IN RE NACHO JIMENEZ**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
            Rebecca Simmons, Justice
            Marialyn Barnard, Justice

Delivered and Filed:   February 25, 2009

PETITION FOR WRIT OF MANDAMUS DENIED

On February 19, 2009, relator filed a petition for writ of mandamus and a motion for emergency temporary relief. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the motion for emergency temporary relief are DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 08-01-23163-MCVAJA, styled *Soila Gonzalez Martinez v. Nacho Jimenez*, pending in the 365th Judicial District, Maverick County, Texas, the Honorable Amado J. Abascal, III presiding.